JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| SHERYL SERRANO DIMALANTA, | ) Case No.: 5:25-cv-02949-JDE |
| | ) |
| Plaintiff, | ) JUDGMENT OF REMAND |
| vs. | ) |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 11, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 14, 2026

JOHN D. EARLY
United States Magistrate Judge