UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SHERYL SERRANO DIMALANTA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | No. 5:25-cv-02949-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS |

Based upon the parties' Stipulation (Dkt. 16), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $9,691.92 under 28 U.S.C. § 2412(d) and costs of $405.00, subject to the terms of the above-referenced Stipulation.

Dated: August 12, 2026 ____

JOHN D. EARLY
United States Magistrate Judge